JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Theresa Cisneros, et al.,<br><br>Defendants. | CASE NO. 8:24-CV-00197-WDK-JC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS THERESA CISNEROS, ALFONSO CISNEROS, AND GARCIA'S SOUTH OF THE BORDER CANTINA & GRILL, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants Theresa Cisneros, Alfonso Cisneros, and Garcia's South of the Border Cantina & Grill, LLC that the above-entitled action is hereby dismissed *with prejudice* against Theresa Cisneros, Alfonso Cisneros, and

Garcia's South of the Border Cantina & Grill, LLC **and in its entirety**. This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: June 24, 2024

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 6, 2024 I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS THERESA CISNEROS, ALFONSO CISNEROS, AND GARCIA'S SOUTH OF THE BORDER CANTINA & GRILL, LLC**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Mr. Joseph M. Aliberti, Esq.
Law Offices of Joseph Aliberti
4340 Von Karman Ave. Ste. 290
Newport Beach, CA 92660

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 6, 2024, at South Pasadena, California

Dated: June 6, 2024          */s/ Leticia Estrada*
                             **LETICIA ESTRADA**